STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Presented on behalf of Plaintiffs and
Putative Class Members

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **DR. DR. B.L. ROSENFELD** and **J. GLASS**, as the parents of Scott Rosenfeld, a Black Man who was killed in custody by the Burbank, California police,<br><br>Plaintiff,<br><br>v.<br><br>**BURBANK MAYOR JESS TALAMANTES**, *et al.*,<br><br>Defendants. | **NOTICE OF RELATED CASES** |

Plaintiffs do not know of any related cases.

Respectfully submitted,

**YAGMAN + REICHMANN, LLP**

*Stephen Yagman*

**STEPHEN YAGMAN**

1