AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

DR. DR. B.L. ROSENFELD and J. GLASS, as the parents of Scott Rosenfeld, a Black Man who was killed in custody by the Burbank, California police,

*Plaintiff(s)*

v.

BURBANK MAYOR JESS TALAMANTES, (SEE NEXT PAGE FOR ALL DEFENDANTS' NAMES)

*Defendant(s)*

Civil Action No. 2:22-cv-00497-DSF-E

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BURBANK MAYOR JESS TALAMANTES URBANK CITY COUNCIL MEMBERS KONSTANTINE ANTHONY, ROBERT FRUTOS, NICHOLAS SCHULTZ, SHARON SPRINGER, BURBANK CITY MANAGER JUSTIN HESS, BURBANK ASST. CITY MANAGER JUDIE WILKE, BURBANK POLICE CHIEF MICHAEL ALBANESE, and TWENTY UNKNOWN, NAMED CITY OF BURBANK POLICE OFFICERS DEFENDANTS, 1-20,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/24/2022

*Signature of Clerk or Deputy Clerk*

STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Presented on behalf of Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DR. DR. B.L. ROSENFELD and J. GLASS, as the parents of Scott Rosenfeld, a Black Man who was killed in custody by the Burbank, California police,<br><br>Plaintiff,<br><br>v.<br><br>BURBANK MAYOR JESS TALAMANTES URBANK CITY COUNCIL MEMBERS KONSTANTINE ANTHONY, ROBERT FRUTOS, NICHOLAS SCHULTZ, SHARON SPRINGER, BURBANK CITY MANAGER JUSTIN HESS, BURBANK ASST. CITY MANAGER JUDIE WILKE, BURBANK POLICE CHIEF MICHAEL ALBANESE, and TWENTY UNKNOWN, NAMED CITY OF BURBANK POLICE OFFICERS DEFENDANTS, 1-20,<br><br>Defendants. | **COMPLAINT**<br><br>(Burbank Police Brutality 42 U.S.C. § 1983, 18 U.S.C. § 1961, *et seq.*)<br><br>**CLASS ACTION ALLEGATIONS**<br><br>**JURY DEMAND** |

Plaintiffs make the following allegations, on information and belief, in support of the this complaint:

**JURISDICTION AND VENUE**

1