STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Propounded by Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| DR. DR. B.L. ROSENFELD, *et al., etc.*, | 2:22-00497-DSF-Ex |
|---|---|
| Plaintiffs, | |
| v. | **PLAINTIFF'S INITIAL RESPONSE TO DEFENDANTS' PROPOSED PROTECTIVE ORDER** |
| BURBANK MAYOR JESS TALAMANTES, *et al.*, | |
| Defendants. | |
| | Judge Dale Susan Fischer |

 Defendants filed a proposed protective order on March 28 at 2:58 p.m., without providing any notice to plaintiffs. No application of any kind was submitted with it, and the plaintiffs assume the court will ignore it.

 Nevertheless, and in the interests of plaintiffs timely being provided by defendants with all discovery that is due, plaintiffs will abide by the proposed order for a period of 45 days, but will not thereafter honor it unless and until it properly is brought before the court and plaintiffs have had a fair opportunity to review and address it, along with designations of any materials that might be subject to it.

 Plaintiffs generally are opposed to materials in federal actions not being in the public domain, but will consider the protective order at the appropriate time,

1

1  after there has been compliance with L.R. 37-1, a discovery stipulation has been
2  drafted, and a discovery motion has been made and ruled upon.

                                    Respectfully submitted,

                          **YAGMAN + REICHMANN, LLP**

                          By: <u>/s/ Stephen Yagman</u>
                              **STEPHEN YAGMAN**