# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-497-DSF(Ex) | Date | March 29, 2022 |
|---|---|---|---|
| Title | DR. DR. B.L. ROSENFELD, ET AL. V. BURBANK MAYOR JESS TALAMANTES, ET AL. | | |

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**   **Attorneys Present for Defendants:**

None                                                                    None

**Proceedings:**       (IN CHAMBERS)

Defendants' March 28, 2022 application for the entry of a proposed protective order to which Plaintiffs apparently have declined to stipulate (but apparently have agreed to follow temporarily) is denied without prejudice for failure to comply with Local Rule 37.

cc:   Judge Fischer
      All Counsel of Record

Initials of Deputy Clerk   VMUN