AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California ▼

| | |
|---|---|
| DR. DR. B.L. ROSENFELD<br>(see next page for list of all plaintiffs)<br><br>*Plaintiff(s)*<br>v.<br>BURBANK MAYOR JESS TALAMANTES<br>(see next page for list of all defendants)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:22-cv-0497-DSF(Ex)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**
ON THIRD AMENDED COMPLAINT

To: *(Defendant's name and address)* BURBANK MAYOR JESS TALAMANTES
(see next page for list of all defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: STEPHEN YAGMAN (SBN 69737)
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry Gray
*CLERK OF COURT*

Date: October 19, 2022              /s/ *Jennylam*
                                    *Signature of Clerk or Deputy Clerk*



| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | STEPHEN YAGMAN (SBN 69737)<br>filing@yagmanlaw.net<br>YAGMAN + REICHMANN, LLP<br>333 Washington Boulevard<br>Venice Beach, California 90292-5152<br>(310)452-3200 |
| 6 | Presented on behalf of Plaintiffs |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DR. DR. B.L. ROSENFELD and J. GLASS, as the parents of Scott Rosenfeld, a Black Man who was killed in custody by the Burbank, California police,<br><br>Plaintiffs,<br><br>v.<br><br>BURBANK MAYOR JESS TALAMANTES URBANK CITY COUNCIL MEMBERS KONSTANTINE ANTHONY, ROBERT FRUTOS, NICHOLAS SCHULTZ, SHARON SPRINGER, BURBANK CITY MANAGER JUSTIN HESS, BURBANK ASST. CITY MANAGER JUDIE WILKE, BURBANK POLICE CHIEF MICHAEL ALBANESE, A. DENNING, P. PIRA, DAWNA JUREKA, MAYRA ROBLES, ROBERT FACTORA, TAYLOR GEORGE, GLEN LARSON, TANYA COOPER, and 12 UNKNOWN, NAMED CITY OF BURBANK POLICE OFFICERS DEFENDANTS, 1-12,<br><br>Defendants. | 2:22-cv-00497-DSF(Ex)<br><br>**THIRD AMENDED COMPLAINT**<br>(Oct. 14, 2022 Order, Doc. 62)<br><br>(Burbank Police Brutality, Deliberate Indifference to Serious Medical Needs, Criminally Negligent Homicide, Depraved Indifference, and Thuggery, 42 U.S.C. § 1983, 18 U.S.C. § 1961, *et seq.*)<br><br>**JURY DEMAND**<br><br>Judge Dale Susan Fischer |

Plaintiffs make the following allegations, on information and belief, in support of the this amended complaint:

//

1