ASHLEE P. CLARK, SR. ASST. CITY ATTY.
State Bar No. 278672
JILL A. VANDER BORGHT, SR. ASST. CITY ATTY.
State Bar No. 240004
JOSEPH MCDOUGALL, CITY ATTORNEY
State Bar No. 197689
275 East Olive Avenue
Burbank, CA 91502
Tel: (818) 238-5707/Fax: (818) 238-5724
Email: AClark@burbankca.gov

COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777/Facsimile: (424) 212-7757

Attorneys for Defendants, BURBANK MAYOR TALAMANTES, BURBANK CITY COUNCIL MEMBERS ANTHONY, FRUTOS, SCHULTZ, SPRINGER, BURBANK CITY MANAGER HESS, BURBANK ASST. CITY MANAGER WILKE, BURBANK POLICE CHIEF ALBANESE, DAWNA JURECKA, MAYRA ROBLES, ROBERT FACTORA, TAYLOR GEORGE, GLEN LARSON, A. DENNING, P. PIRA AND TANIA COOPER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DR. DR. B.L. ROSENFELD and J. GLASS, as the parents of Scott Rosenfeld, a Black Man who was killed in custody by the Burbank, California police,<br><br>Plaintiff,<br><br>v.<br><br>BURBANK MAYOR JESS TALAMANTES, ET AL.,<br><br>Defendants. | CASE NO. 22-CV-00497-DSF-E<br>Action Filed: January 24, 2022<br><br>**DEFENDANTS' JOINDER IN MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT AND TO STRIKE CERTAIN PORTIONS OF TAC (DKT. 66)**<br><br>[Fed. R. Civ. P. 12(b)(6) and 12(f)]<br><br>Date: November 28, 2022<br>Time: 1:30 p.m.<br>Location: 7D<br><br>Trial Date: October 17, 2023 |

-1-
DEFENDANTS' NOTICE OF JOINDER IN MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT (DKT. 66)

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the jailer defendants, Dawna Jurecka, Mayra Robles, Robert Factora, Taylor George, Glen Larson, A. Denning, P.Pira and Tania Cooper (erroneously sued herein as Tanya Cooper), who were recently served by Plaintiffs with the Third Amended Complaint, hereby join the Motion to Dismiss the Third Amended Complaint (Dkt. 86) which is set for hearing on November 28, 2022 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7D of the United States District Court located at 350 W. 1st Street, Los Angeles, CA 90012. Specifically, as outlined in Dkt. 86, Plaintiffs have improperly added these defendants as parties to the Third Amended Complaint. Please also see Defendants' Opposition to Plaintiffs' Motion to Amend the Pleadings and to File a Fourth Amended Complaint, which these defendants also join. (Dkt. 91).

Defendants' motion is based on this notice, the previously filed Memorandum of Points and Authorities, the arguments of counsel should the Court hold a hearing on this motion, the exhibits filed herewith, Defendants' reply memorandum, and such matters of which the Court may take judicial notice pursuant to Federal Rules of Evidence, Rule 201.

This motion is made following the attempt at a conference of counsel pursuant to L.R. 7-3 on October 24, 2022. See Inlow Declaration to Dkt. 86.

DATED: November 3, 2022    COLLINSON, DAEHNKE, INLOW & GRECO

By: *Laura E. Inlow* (signature)
Laura E. Inlow, Esq.
Lenore C. Kelly, Esq.
Attorneys for Defendants, BURBANK MAYOR TALAMANTES, BURBANK CITY COUNCIL MEMBERS ANTHONY, FRUTOS, SCHULTZ, SPRINGER, BURBANK CITY MANAGER HESS, BURBANK ASST. CITY MANAGER WILKE, BURBANK POLICE CHIEF ALBANESE, DAWNA JURECKA, MAYRA ROBLES, ROBERT FACTORA, TAYLOR GEORGE, GLEN LARSON, A. DENNING, P. PIRA AND TANIA COOPER