ASHLEE P. CLARK, SR. ASST. CITY ATTY.
State Bar No. 278672
JILL A. VANDER BORGHT, SR. ASST. CITY ATTY.
State Bar No. 240004
JOSEPH MCDOUGALL, CITY ATTORNEY
State Bar No. 197689
275 East Olive Avenue
Burbank, CA 91502
Tel: (818) 238-5707/Fax: (818) 238-5724
Email: AClark@burbankca.gov

COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777/Facsimile: (424) 212-7757

Attorneys for Defendants, BURBANK MAYOR TALAMANTES, BURBANK CITY COUNCIL MEMBERS ANTHONY, FRUTOS, SCHULTZ, SPRINGER, BURBANK CITY MANAGER HESS, BURBANK ASST. CITY MANAGER WILKE, BURBANK POLICE CHIEF ALBANESE, DAWNA JURECKA, MAYRA ROBLES, ROBERT FACTORA, TAYLOR GEORGE, GLEN LARSON, A. DENNING, P. PIRA AND TANIA COOPER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DR. DR. B.L. ROSENFELD and J. GLASS, as the parents of Scott Rosenfeld, a Black Man who was killed in custody by the Burbank, California police,<br><br>   Plaintiff,<br><br>   v.<br><br>BURBANK MAYOR JESS TALAMANTES, ET AL.,<br>   Defendants. | CASE NO. 22-CV-00497-DSF-E<br>Action Filed: January 24, 2022<br><br>**DEFENDANTS' JOINDER IN OPPOSITION TO MOTION TO AMEND COMPLAINT AND FILE FOURTH AMENDED COMPLAINT**<br><br>Date:      November 28, 2022<br>Time:      1:30 p.m.<br>Location:  Courtroom 7D<br><br>Complaint Filed: January 24, 2022<br>Trial Date:   October 17, 2023 |

**TO THE HONORABLE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

The jailer Defendants, DAWNA JURECKA, MAYRA ROBLES, ROBERT FACTORA, TAYLOR GEORGE, GLEN LARSON, A. DENNING, P. PIRA, AND TANIA COOPER (sued erroneously herein as Tanya Cooper), who were recently served with the Third Amended Complaint, hereby join the previously filed Opposition to Plaintiffs' Motion to Amend their Complaint and for leave to file a Fourth Amended Complaint. (Dkt. 91).

DATED: November 3, 2022        COLLINSON, DAEHNKE, INLOW & GRECO

By: _____
Laura E. Inlow, Esq.
Lenore C. Kelly, Esq.
Attorneys for Defendants, BURBANK MAYOR TALAMANTES, BURBANK CITY COUNCIL MEMBERS ANTHONY, FRUTOS, SCHULTZ, SPRINGER, BURBANK CITY MANAGER HESS, BURBANK ASST. CITY MANAGER WILKE, BURBANK POLICE CHIEF ALBANESE, DAWNA JURECKA, MAYRA ROBLES, ROBERT FACTORA, TAYLOR GEORGE, GLEN LARSON, A. DENNING, P. PIRA AND TANIA COOPER