ASHLEE P. CLARK, SR. ASST. CITY ATTY.
State Bar No. 278672
JILL A. VANDER BORGHT, SR. ASST. CITY ATTY.
State Bar No. 240004
JOSEPH MCDOUGALL, CITY ATTORNEY
State Bar No. 197689
275 East Olive Avenue
Burbank, CA 91502
Tel: (818) 238-5707/Fax: (818) 238-5724
Email: AClark@burbankca.gov

COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777/Facsimile: (424) 212-7757

Attorneys for Defendants, BURBANK MAYOR TALAMANTES, BURBANK CITY COUNCIL MEMBERS ANTHONY, FRUTOS, SCHULTZ, SPRINGER, BURBANK CITY MANAGER HESS, BURBANK ASST. CITY MANAGER WILKE, BURBANK POLICE CHIEF ALBANESE, DAWNA JURECKA, MAYRA ROBLES, ROBERT FACTORA, TAYLOR GEORGE, GLEN LARSON, A. DENNING, P. PIRA AND TANIA COOPER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DR. DR. B.L. ROSENFELD and J. GLASS, as the parents of Scott Rosenfeld, a Black Man who was killed in custody by the Burbank, California police,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BURBANK MAYOR JESS TALAMANTES, ET AL.,<br>　　　　　　Defendants. | CASE NO. 22-CV-00497-DSF-E<br>Action Filed: January 24, 2022<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**<br><br>Complaint Filed: January 24, 2022<br>Trial Date:　October 17, 2023 |

**TO THE HONORABLE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for all Defendants, including newly served Defendants DAWNA JURECKA, MAYRA ROBLES, ROBERT FACTORA, TAYLOR GEORGE, GLEN LARSON, AND TANIA COOPER (erroneously sued herein as Tanya Cooper), certifies the following listed parties have a direct, pecuniary interest in the outcome of the case.

1. Dr. B.L. Rosenfeld– Plaintiff;
2. Dr. J. Glass – Plaintiff;
3. Burbank Mayor Jess Talamantes – Defendant;
4. Burbank City Council member Konstantine Anthony – Defendant;
5. Burbank City Council member Robert Frutos – Defendant;
6. Burbank City Council member Nicholas Schultz – Defendant;
7. Burbank City Council member Sharon Springer – Defendant;
8. Burbank City Manager Justin Hess- Defendant;
9. Burbank Asst. City Manager Judie Wilke- Defendant;
10. Burbank Police Chief Michael Albanese-Defendant;
11. Dawna Jurecka- Defendant;
12. Mayra Robles- Defendant;
13. Robert Factora-Defendant;
14. Taylor George-Defendant;
15. Glen Larson-Defendant;
16. A. Denning-Defendant;
17. P. Pira-Defendant; and
18. Tania Cooper (erroneously named as Tanya Cooper)-Defendant.

These representations are made to enable the court to evaluate disqualification or recusal.

DATED: November 3, 2022        COLLINSON, DAEHNKE, INLOW & GRECO

By: *Laura E. Inlow* (signature)
Laura E. Inlow, Esq.
Lenore C. Kelly, Esq.
Attorneys for Defendants, BURBANK MAYOR TALAMANTES, BURBANK CITY COUNCIL MEMBERS ANTHONY, FRUTOS, SCHULTZ, SPRINGER, BURBANK CITY MANAGER HESS, BURBANK ASST. CITY MANAGER WILKE, BURBANK POLICE CHIEF ALBANESE, DAWNA JURECKA, MAYRA ROBLES, ROBERT FACTORA, TAYLOR GEORGE, GLEN LARSON, A. DENNING, P. PIRA AND TANIA COOPER