ASHLEE P. CLARK, SR. ASST. CITY ATTY.
State Bar No. 278672
JILL A. VANDER BORGHT, SR. ASST. CITY ATTY.
State Bar No. 240004
JOSEPH MCDOUGALL, CITY ATTORNEY
State Bar No. 197689
275 East Olive Avenue
Burbank, CA 91502
Tel: (818) 238-5707/Fax: (818) 238-5724
Email: AClark@burbankca.gov

COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777/Facsimile: (424) 212-7757
Attorneys for Defendants, BURBANK MAYOR TALAMANTES, BURBANK CITY COUNCIL MEMBERS ANTHONY, FRUTOS, SCHULTZ, SPRINGER, BURBANK CITY MANAGER HESS, BURBANK ASST. CITY MANAGER WILKE, BURBANK POLICE CHIEF ALBANESE, DAWNA JURECKA, MAYRA ROBLES, ROBERT FACTORA, TAYLOR GEORGE, GLEN LARSON, A. DENNING, P. PIRA, AND TANIA COOPER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DR. DR. B.L. ROSENFELD and J. GLASS, as the parents of Scott Rosenfeld, a Black Man who was killed in custody by the Burbank, California police,<br><br>            Plaintiff,<br><br>    v.<br><br>BURBANK MAYOR JESS TALAMANTES, ET AL.,<br>            Defendants. | CASE NO. 22-CV-00497-DSF-E<br>Action Filed: January 24, 2022<br><br>**DEFENDANTS' REPLY RE MOTION TO DISMISS PORTIONS OF PLAINTIFFS' THIRD AMENDED COMPLAINT AND TO STRIKE CERTAIN PORTION OF TAC (DKT. 66)**<br><br>Date:      November 28, 2022<br>Time:      1:30 p.m.<br>Location:   7D<br><br>Trial Date: October 17, 2023 |

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

**TO THE HONORABLE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Defendants hereby offer this reply re Plaintiffs' Non-Opposition to Defendants' Motion to Dismiss the Third Amended Complaint. In their "opposition," Plaintiffs suggest that Defendants' Motion has been mooted by the filing of Plaintiffs' Motion Seeking Leave to file a Fourth Amended Complaint. (Dkt. 88, 90). However, as that motion has not been granted, the operative pleading is the Third Amended Complaint and Plaintiffs have offered no substantive opposition to the Motion to Dismiss. Pursuant to L.R. 7-12, "the Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion…."

Moreover, in their reply to the motion seeking leave to file a Fourth Amended Complaint and to add the jailers as parties after the hearing date for motions to amend the pleadings, Plaintiffs take the position that the jailers were not sufficiently identified to allow them to identify, name and serve them with the Third Amended Complaint. (Dkt. 90 and 101). However, as reflected in Defendants' Initial Disclosures (Dkt. 17), each jailer was identified by their last name and employee number which would have been sufficient for an amendment and summons.

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

For the failure to file an opposition and for the substantive grounds set forth in Defendants' motion (Dkt. 86), Defendants respectfully request that their motion be granted in its entirety.

DATED:  November 14, 2022   COLLINSON, DAEHNKE, INLOW & GRECO

By: _____

Laura E. Inlow, Esq.
Lenore C. Kelly, Esq.
Attorneys for Defendants, BURBANK MAYOR TALAMANTES, BURBANK CITY COUNCIL MEMBERS ANTHONY, FRUTOS, SCHULTZ, SPRINGER, BURBANK CITY MANAGER HESS, BURBANK ASST. CITY MANAGER WILKE, BURBANK POLICE CHIEF ALBANESE, DAWNA JURECKA, MAYRA ROBLES, ROBERT FACTORA, TAYLOR GEORGE, GLEN LARSON, A. DENNING, P. PIRA, AND TANIA COOPER