ASHLEE P. CLARK, SR. ASST. CITY ATTY.
State Bar No. 278672
JILL A. VANDER BORGHT, SR. ASST. CITY ATTY.
State Bar No. 240004
JOSEPH MCDOUGALL, CITY ATTORNEY
State Bar No. 197689
275 East Olive Avenue
Burbank, CA 91502
Tel: (818) 238-5707/Fax: (818) 238-5724
Email: AClark@burbankca.gov

COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777/Facsimile: (424) 212-7757

Attorneys for Defendants, BURBANK MAYOR TALAMANTES, BURBANK CITY COUNCIL MEMBERS ANTHONY, FRUTOS, SCHULTZ, SPRINGER, BURBANK CITY MANAGER HESS, BURBANK ASST. CITY MANAGER WILKE, BURBANK POLICE CHIEF ALBANESE, DAWNA JURECKA, MAYRA ROBLES, ROBERT FACTORA, TAYLOR GEORGE, GLEN LARSON, A. DENNING, P. PIRA, AND TANIA COOPER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DR. DR. B.L. ROSENFELD and J. GLASS, as the parents of Scott Rosenfeld, a Black Man who was killed in custody by the Burbank, California police,<br><br>Plaintiff,<br><br>v.<br><br>BURBANK MAYOR JESS TALAMANTES, ET AL.,<br><br>Defendants. | CASE NO. 22-CV-00497-DSF-E<br>Action Filed: January 24, 2022<br><br>**DEFENDANTS' EX PARTE REQUESTING SIGNED SETTLEMENT AGREEMENT OR, IN THE ALTERNATIVE, A STATUS CONFERENCE RE STATUS OF SETTLEMENT; DECLARATION OF LAURA E. INLOW; and (PROPOSED) ORDER**<br><br>Complaint Filed: January 24, 2022<br>Trial Date:      October 17, 2023 |

TO THE HONORABLE COURT, PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

## I. FACTS AND PROCEDURAL HISTORY

The parties attended an eight-hour private mediation on January 19, 2023. (Inlow Decl., ¶ 2). While the matter did not resolve at the mediation, with the ongoing assistance of the mediator, the parties thereafter reached a settlement agreement on January 26, 2023. (Inlow Decl., ¶ 3). All defendants and Plaintiff Glass have signed the agreed upon settlement agreement and release. (Inlow Decl., ¶ 4). Defense counsel has been advised by Plaintiffs' counsel that Plaintiff Rosenfeld has verbally agreed to the settlement and has been provided the settlement agreement for signature. However, to date, Plaintiff Rosenfeld has failed to return the executed agreement. (Inlow Decl., ¶ 5).

All counsel were hoping to finalize the settlement efficiently and file a dismissal with the court. As there is a motion pending on February 27, 2023 and a trial date, and in an effort to not waste the time of the court and all counsel, Defendants submit this *ex parte* application seeking an Order allowing Mr. Yagman to sign the settlement agreement on behalf of his client Rosenfeld or, in the alternative, an Order setting a status conference re the status of settlement with the personal appearance of Plaintiff Rosenfeld.

Defense counsel gave telephonic notice of this application to Plaintiffs' counsel, Stephen Yagman, on February 17, 2023, and Mr. Yagman represented that he would not oppose the application. (Inlow Decl., ¶ 6).

The contact information for Plaintiffs' counsel is as follows:

Stephen Yagman
Yagman + Reichmann, LLP
333 Washington Blvd.
Venice Beach, CA 90292-5152
Tel: 310-452-3200

## II. CONCLUSION

For the reasons outlined herein, Defendants respectfully request that the Court order that the settlement agreement signed by all other parties may be signed by Mr. Yagman on behalf of Plaintiff Rosenfeld. In the alternative, Defendants request the Court set a hearing on the status of settlement with an Order for the personal appearance of Plaintiff Rosenfeld.

DATED:  February 17, 2023     COLLINSON, DAEHNKE, INLOW & GRECO

By: *Laura E. Inlow*
Laura E. Inlow, Esq.
Lenore C. Kelly, Esq.
Attorneys for Defendants, former
BURBANK MAYOR TALAMANTES, ET AL.

## DECLARATION OF LAURA E. INLOW

I, Laura E. Inlow, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and the Central District and am a partner with of the law firm of Collinson, Daehnke, Inlow & Greco attorneys of record for Defendants herein. I make the following declaration based on my own personal knowledge. I could and would competently testify under oath to the facts stated herein.

2. The parties attended an eight-hour private mediation on January 19, 2023.

3. While the matter did not resolve at the mediation, with the ongoing assistance of the mediator, the parties thereafter reached a settlement agreement on January 26, 2023.

4. All defendants and Plaintiff Glass have signed the agreed upon settlement agreement and release.

5. Defense counsel has been advised by Plaintiffs' counsel that Plaintiff Rosenfeld has verbally agreed to the settlement and has been provided the settlement agreement for signature. However, to date, Plaintiff Rosenfeld has failed to return the executed agreement.

6. I spoke with Plaintiffs' counsel, Stephen Yagman, about this application on February 17, 2023, and he represented that he would not oppose the application.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct. Executed this 17th day of February 2023 in Torrance, California.

*Laura E. Inlow*
Laura E. Inlow