UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DR. DR. B.L. ROSENFELD and J. GLASS,<br><br>    Plaintiff,<br><br>v.<br><br>BURBANK MAYOR JESS TALAMANTES, ET AL.,<br><br>    Defendants. | CASE NO. 22-CV-00497-DSF-E<br>Action Filed: January 24, 2022<br><br>**ORDER RE DEFENDANTS' EX PARTE RE SETTLEMENT** |

Based on a showing of good cause and Plaintiffs' Statement of Non-Opposition, it is ordered that Plaintiffs' counsel sign the settlement agreement on behalf of Plaintiff Rosenfeld.

IT IS SO ORDERED.

DATED: February 17, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE