JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

DR. DR. B.L. ROSENFELD and J.
GLASS, as the parents of Scott
Rosenfeld, a Black Man who was killed
in custody by the Burbank, California
police,

            Plaintiffs,

      v.

BURBANK MAYOR JESS
TALAMANTES, BURBANK CITY
COUNCIL MEMBERS
KONSTANTINE ANTHONY,
ROBERT FRUTOS, NICHOLAS
SCHULTZ, SHARON SPRINGER,
BURBANK CITY MANAGER
JUSTIN HESS, BURBANK ASST.
CITY MANAGER JUDIE WILKE,
BURBANK POLICE CHIEF
MICHAEL ALBANESE, and
TWENTY UNKNOWN, NAMED
CITY OF BURBANK POLICE
OFFICERS DEFENDANTS, 1-20,
            Defendants.

CASE NO. 22-CV-00497-DSF-E
Action Filed: January 24, 2022

**ORER ON STIPULATION FOR
DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE**

Trial Date:    October 17, 2023

1

## **ORDER**

2           Based on the stipulation of the parties and good cause appearing therefor, it

3   is hereby ordered that the entire matter is dismissed with prejudice pursuant to

4   Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

5           IT IS SO ORDERED.

6    DATED:  February 22, 2023

7                                                              _____
                                                               Honorable Dale S. Fischer
8                                                              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28